60660

UNCLAIMED FUNDS

FILED
2010 JUN 15 AM 11: 20



JUNE 14, 2010

06-61846   PATRICIA A GUSKY
          CREDITOR DID NOT CASH CHECK
          CHECK #433684 FOR $281.64
          FIS TAX SERVICES
          PO BOX 5218
          PASADENA, CA  91107

07-60166   STEVEN HOAGLAND
          JULIE HOAGLAND
          CREDITOR DID NOT CASH CHECK
          CHECK #433685 FOR $591.21
          EVERHOME MORTGAGE
          8100 NATIONS WAY
          JACKSONVILLE, FL  32256